UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISON

| | |
|---|---|
| JERRY C. JOHNSON, | Case No. 17-cv-5855-RMI (PR) |
| Petitioner, | |
| v. | **ORDER OF TRANSFER** |
| SCOTT KERNAN, | |
| Respondent. | Docket Nos. 2, 3 |

This is a petition for writ of habeas corpus filed pro se by a state prisoner. Petitioner challenges a conviction obtained in the Solano County Superior Court. Solano County is in the venue of the United States District Court for the Eastern District of California. Petitioner is incarcerated in this district.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d). Because petitions challenging a conviction are preferably heard in the district of conviction, Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968), and petitioner was convicted in the Eastern District, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b). All pending motions are vacated and will be addressed in the Eastern District.

**IT IS SO ORDERED.**

Dated: November 30, 2017

_____
ROBERT M. ILLMAN
United States Magistrate Judge