UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY C. JOHNSON, <br><br> Petitioner, <br><br> v. <br><br> SCOTT KERNAN, et al., <br><br> Respondents. | No. 2:17-cv-2525 JAM AC P <br><br><br> ORDER |

Petitioner, a former state prisoner proceeding pro se and in forma pauperis, has filed a motion for sanctions, ECF No. 50, and a motion for a court order preventing him from having to submit to a polygraph examination, ECF No. 53. The motion for sanctions appears to assert that petitioner's release date has been miscalculated, ECF No. 50, while the motion for court order appears to seek relief from one of petitioner's conditions of parole, ECF No. 53. Both of these issues are outside the scope of the petition and are therefore not properly before this court.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for sanctions, ECF No. 50, is denied.
2. Petitioner's motion for a court order, ECF No. 53, is denied.

DATED: January 30, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE