UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY C. JOHNSON,

  Petitioner,

v.

SCOTT KERNAN, et al.,

  Respondent.

No. 2:17-cv-2525 JAM AC P

ORDER

Petitioner, a former state prisoner proceeding pro se, has filed another motion for a court order preventing him from having to submit to a polygraph examination. ECF No. 57. As the court previously informed petitioner in denying the previous motion, this issue is outside the scope of the petition and therefore not properly before the court.

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for a court order, ECF No. 57, is DENIED.

DATED: December 16, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE