UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY C. JOHNSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SCOTT KERNAN, et al.,<br><br>　　　　　Respondents. | No. 2:17-cv-2525 DAD AC P<br><br><br>ORDER |

　　　　Petitioner has requested a thirty-day extension of time to file objections to the April 24, 2024 findings and recommendations. The current deadline for petitioner's objections is May 20, 2024.

　　　　Good cause appearing, IT IS HEREBY ORDERED that:

　　　　1. Petitioner's request for an extension of time (ECF No. 63) is GRANTED; and

　　　　2. Petitioner shall have an additional thirty days, up to June 20, 2024, to file any objections.

DATED: May 15, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE